**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN DIST. OF CALIFORNIA

Case number (if known): _____  Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and
the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

| | | |
|---|---|---|
| 1. | **Debtor's name** | ROSE COURT, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer**

5  1  –  0  4  8  6  0  1  9

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal** |
|---|---|
| 303 Webster St.<br>Number      Street | 77 Van Ness Ave 101<br>Number      Street |
| | #1008<br>P.O. Box |
| San Francisco          CA      94102<br>City                          State     ZIP Code | San Francisco          CA      94102<br>City                          State     ZIP Code |
| San Francisco<br>County | **Location of principal assets, if different from principal place of business** |
| | 15520 Quito Road<br>Number      Street |
| | Monte Sereno          CA      95030<br>City                          State     ZIP Code |

5. **Debtor's website (URL)**    N/A

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other. Specify: _____

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 1 of 27

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a

☐ No
☑ Yes. District <u>CA Northern District, San Jose</u> When <u>02/01/2010</u> Case number <u>10-50993</u>
                                                      MM / DD / YYYY

District <u>CA Northern District, San Jose</u> When <u>11/06/2012</u> Case number <u>12-58012</u>
                                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

Case: 17-31014     Doc# 1     Filed: 10/10/17     Entered: 10/10/17 11:50:02     Page 2 of 27

Debtor __ROSE COURT, LLC__                                         Case number (if known)_____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1,

- ☑ No
- ☐ Yes. Debtor _____    Relationship_____
   - District _____    When _____
      - MM / DD / YYYY
   - Case number, if known_____

   - Debtor _____    Relationship_____
   - District _____    When _____
      - MM / DD / YYYY
   - Case number, if known_____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** *(Check all that apply.)*

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   - ☐ It needs to be physically secured or protected from the weather.

   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or

   - ☐ Other _____

   **Where is the property?** _____
          Number      Street

   _____
          City            State    ZIP Code

   **Is the property insured?**

   - ☐ No
   - ☐ Yes. Insurance agency _____
      - Contact name _____
      - Phone _____

---

◼ **Statistical and adminstrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** Estimated number of creditors

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15.** Estimated assets

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16.** Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17.** Declaration and signature of authorized representative

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____    Teri Nguyen    10-10-2017
Signature of authorized representative of debtor    Printed name

Title Managing Member

**18.** Signature of attorney

X _____    Date __10/10/20__
Signature of attorney for debtor    MM / DD / YYYY

Vince D. Nguyen
Printed name

NEWTON LAW GROUP
Firm name

142 Mission Street
Number    Street

San Jose    CA    95112
City    State    ZIP Code

(408) 828-8078    vincen@newtonlawgroup.com
Contact phone    Email address

171768    CA
Bar number    State

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 4 of 27

Fill in this information to identify the case

Debtor name   **ROSE COURT, LLC**

United States Bankruptcy Court for t**NORTHERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future

interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also

In Schedule A/B, list any executory contracts or unexpired leases. Also list *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any

pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the

additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the

pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a

fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1.**  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**
_____

**2.**  **Cash on hand**
_____

**3.**  **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | 8 3 9 3 | **$10,500.00** |

**4.**  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**5.**  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$10,500.00**

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Case: 17-31014   Doc# 1   Filed: 10/10/17   Entered: 10/10/17 11:50:02   Page 5 of 27

**Fill in this information to identify the case:**

Debtor Name **ROSE COURT, LLC**

United States Bankruptcy Court for the **NORTHERN DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................... | $3,500,000.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................ | $10,500.00 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................... | $3,510,500.00 |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | $3,271,523.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | + $10,250.00 |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................ | $3,281,773.00 |

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.            $0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

    Current value of
    debtor's interest

11. **Accounts receivable**

    11a.  90 days old or less:    $0.00    –    $0.00    = ............. →    $0.00
                     face amount         doubtful or uncollectible accounts

    11b.  Over 90 days old:    $0.00    –    $0.00    = ............. →    $0.00
                     face amount         doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       $0.00

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    Valuation method      Current value of
    used for current value    debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:            % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.         $0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 7 of 27

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value_____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value_____ Valuation method_____ Current value_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Case: 17-31014   Doc# 1   Filed: 10/10/17   Entered: 10/10/17 11:50:02   Page 8 of 27

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes.  Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | | $0.00 |
    |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

    | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | | $0.00 |
    |---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 9 of 27

Debtor    ROSE COURT, LLC
          Name                                      Case number (if known) _____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN), | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **15520 Quito Rd.**<br>**Monte Sereno, CA 95030**<br>**Parcel: 410-36-007** | | | | |
| | Fee simple | Unknown | Market approach | $3,500,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $3,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 10 of 27

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.   Go to Part 12.

☐ Yes.   Fill in the information below.

                                                                            **Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77.   Copy the total to line 90.

                                                                                         **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 17-31014     Doc# 1     Filed: 10/10/17     Entered: 10/10/17 11:50:02     Page 11 of 27

Debtor    ROSE COURT, LLC
          Name

Case number (if known) _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $10,500.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9................ → | | $3,500,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $10,500.00 | + 91b. $3,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................... $3,510,500.00

Debtor name    <u>ROSE COURT, LLC</u>

United States Bankruptcy Court for the <u>NORTHERN DIST. OF CALIFORNIA</u>

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to re
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

| **2.1** | | | |
|---|---|---|---|
| **Creditor's name**<br><u>U.S. Bank c/o Select Portfolio Servicing</u> | **Describe debtor's property that is subject to a lien**<br>Real Property at 15520 Quito Rd. | $3,171,523.00 | $3,500,000.00 |
| **Creditor's mailing address**<br><u>P.O. Box 65250</u> | **Describe the lien**<br><u>Non-Purchase Money / Agreement</u> | | |
| <u>_____</u> | **Is the creditor an insider or related party?** | | |
| <u>Salt Lake City    UT    84165-0250</u> | ☑ No<br>☐ Yes | | |
| **Creditor's email address, if known**<br><u>Relationship.Manager@SPServicing.co</u> | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** <u>04/24/07</u> | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account**<br>**number**    7 _ 1 _ 4 _ 1 | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>1) WaMu c/o JPMorgan Chase; 2) U.S. Bank c/o Select Portfolio Servicing. | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the      $3,271,523.00

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 13 of 27

Debtor   ROSE COURT, LLC

Case number (if known)

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral | this claim |

**Part 1:   Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
WaMu c/o JPMorgan Chase

**Creditor's mailing address**
780 Kansas Lane

#A

Monroe          LA    71203

**Creditor's email address, if known**
lien.release.customer.research@jpmch:

**Date debt was incurred** 04/24/07

**Last 4 digits of account number**    8  3  3  2

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines 2.1

Loan ownership is in dispute. Loan has been charged off.
Creditor has offered to release the lien
for $100,000, pending its appraisal.

**Describe debtor's property that is subject to a lien**
Residential Real Property

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtor* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$100,000.00          $3,500,000.00

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 14 of 27

Fill in this information to identify the case:

Debtor name    **ROSE COURT, LLC**

United States Bankruptcy Court for the NORTHERN DIST. OF CALIFORNIA

Case number _____    Chapter ___11___
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on
☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's | Lease Agreement on real property located at 15520 Quito Rd, Monte Sereno. From 09/01/17 to 08/30/18. | Francis Barton |
|---|---|---|---|
| | | | 15520 Quito Road |
| | **State the term remaining** | _____ | |
| | List the contract number of any | _____ | Monte Sereno    CA    95030 |

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 15 of 27

**Fill in this information to identify the case:**

Debtor name    <u>ROSE COURT, LLC</u>

United States Bankruptcy Court for the <u>NORTHERN DIST. OF CALIFORNIA</u>

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be repor
   ☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules |
| **2.1**   Teri H. Nguyen | **1361 S. Winchester Blvd.**<br>Number    Street<br><br>**#111**<br><br>**San Jose**    **CA**   **95128**<br>City      State   ZIP Code | U.S. Bank c/o Select<br>Portfolio Servicing | ☑ D<br>☐ E/F<br>☐ G |
| **2.2**   Teri H. Nguyen | **1361 S. Winchester Blvd.**<br>Number    Street<br><br>**#111**<br><br>**San Jose**    **CA**   **95128**<br>City      State   ZIP Code | WaMu c/o JPMorgan<br>Chase | ☑ D<br>☐ E/F<br>☐ G |

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 16 of 27

Fill in this information to identify the case and this filing:

Debtor Name **ROSE COURT, LLC**

United States Bankruptcy Court for the **NORTHERN DIST. OF CALIFORNIA**

Case number _____
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-10-2017     X _____
               MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Teri Nguyen**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ROSE COURT, LLC**

United States Bankruptcy Court for the **NORTHERN DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
  amended filing

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

| | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2017</u> to    Filing date<br><span style="font-size:small">MM / DD / YYYY</span> | ☐ Operating a business<br>☑ Other <u>Rental Investment</u> | **$102,500.00** |
| **For prior year:** | From <u>01/01/2016</u> to <u>12/31/2016</u><br><span style="font-size:small">MM / DD / YYYY        MM / DD / YYYY</span> | ☐ Operating a business<br>☑ Other <u>Rental Investment</u> | **$99,762.00** |
| **For the year before that:** | From <u>01/01/2015</u> to <u>12/31/2015</u><br><span style="font-size:small">MM / DD / YYYY        MM / DD / YYYY</span> | ☐ Operating a business<br>☑ Other <u>Rental Investment</u> | **$150,000.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee
compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This

☑ None

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 18 of 27

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or

guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than

$6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a

creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from

an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the

☑ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor

☐ None

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.1.  Rose Court LLC v Select Portfolio Serv et al | Rose Court LLC sues servicer SPS & other on standing to foreclose, wrongful *foreclosure* | Santa Clara County Superior Court <br> Name <br> **191 N. First Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **17-CV-313755** | | **San Jose**     **CA**   **95113** <br> City            State   ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the

☑ None

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 19 of 27

Debtor __ROSE COURT, LLC_____  Case number (if known)_____
      Name

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
    before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt

☐ None

| Who was paid or who received the transfer? If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|
| 11.1. __NEWTON LAW GROUP_____ | 10/09/2017 | __$5,000.00_ |

**Address**

__142 Mission Street_____
Street

_____

__San Jose_____ __CA__ __95112___
City              State  ZIP Code

**Email or website address**
__vincen@newtonlawgroup.com_____

**Who made the payment, if not debtor?**
__Member Justin Nguyen_____

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
    of this case to a self-settled trust or similar device.

☑ None

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 20 of 27

Debtor __ROSE COURT, LLC_____  Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the

debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. __Justin Nguyen_____ <br><br>**Address** <br><br>__303 Wester St._____ <br>Street <br><br>__San Francisco___ __CA__ __94102__ <br>City           State   ZIP Code <br><br>**Relationship to debtor** <br>__son of the 2 members_____ | Before transfer, Vince Nguyen & Teri Nguyen were 2 members. On 01/02/17, Justin Nguyen bought out Vince Nguyen's interest and Teri Nguyen's partial interest. Currently, Justin Nguyen owns 90% interest | __01/02/17__ | __$0.00__ |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. __1361 S. Winchester Blvd._____ <br>Street <br>__Suite 111_____ <br><br>__San Jose___ __CA__ __95128__ <br>City           State   ZIP Code | From __07/01/2012__   To __01/02/2017__ |

Case: 17-31014    Doc# 1   Filed: 10/10/17   Entered: 10/10/17 11:50:02   Page 21 of 27

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained_____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b)**
   **or**

☑ No.  Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before

☑ None

Case: 17-31014   Doc# 1   Filed: 10/10/17   Entered: 10/10/17 11:50:02   Page 22 of 27

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Francis Barton<br>Name | Bank Account at Wells Fargo Bank | Security Deposit on Lease | $10,250.00 |
| 15520 Quito Rd.<br>Street | | | |
| Monte Sereno      CA    95030<br>City              State   ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 23 of 27

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Teri Nguyen** <br> Name <br> **1361 S. Winchester Blvd.** <br> Street <br> **Suite 111** <br> <br> **San Jose**      **CA**    **95128** <br> City        State    ZIP Code | From   **01/01/2015**    To    **present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Justin Nguyen | 303 Webster Street <br> San Francisco, CA 94102 | Managing Member | 90% |
| Teri Nguyen | 1361 S. Winchester Blvd. <br> Suite 111 | Managing Member | 10% |

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 24 of 27

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Vince Nguyen | 142 Mission Street San Jose, CA 95112 | Member | From 09/29/03  To  01/02/17 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,

☑ No
☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

## Part 14:   Signature and Declaration

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-10-2017___
            MM / DD / YYYY

X _____          Printed name Teri Nguyen_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor Managing Member_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Case: 17-31014    Doc# 1    Filed: 10/10/17    Entered: 10/10/17 11:50:02    Page 25 of 27

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re  ROSE COURT, LLC

Case No. _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept............................................................. ____**$5,000.00**

Prior to the filing of this statement I have received.................................................. ____**$5,000.00**

Balance Due.............................................................................................................. ____**$0.00**

2. The source of the compensation paid to me was:

☐ Debtor       ☑ Other (specify)
                  **Member Justin Nguyen**

3. The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_10/10/2017_
Date

_Vince D. Nguyen_
NEWTON LAW GROUP
1361 S. Winchester Blvd.
Suite 111
San Jose, CA 95128

Bar No. 171768

**_Teri Nguyen_**
**_Managing Member_**